# J. Singer Law Group, PLLC

**ATTORNEYS AT LAW**

**1 Liberty Plaza**
**23rd Fl.**
**New York, NY 10006**
**(917) 806 5832**

jsinger@jsingerlawgroup.com

JEB L. SINGER*
PAUL MONTUORI*

*ADMITTED IN NY
** ADMITTED IN NY and MA

**VIA ECF**

Honorable Philip Bentley
US Bankruptcy Court - SDNY
One Bowling Green
New York, NY 10004-1408

April 17, 2024

Re:    **Statement Regarding Motion to Dismiss in Case No. 24-10104 (Joseph Yeboah)**

Dear Judge Bentley:

Please be advised that this Firm is counsel to Joseph Yeboah with regards to the above-referenced Ch. 13 bankruptcy case. This letter is to advise you that undersigned counsel has reviewed the motion to dismiss. Furthermore, undersigned counsel has repeatedly advised the debtor of the deficiencies and made all efforts to comply. At this time, undersigned counsel has no objection to the dismissal of this case.

Sincerely,
**J. Singer Law Group, PLLC**

by: _____

**Jeb L. Singer**