**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**In re:**                                                                   **Chapter 13**

    Joseph Yeboah

                                               **Case No. 24-10104**

                    **Debtor(s).**
-------------------------------------------------------------x

### ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 521(i)(1)

The Debtor having failed to file bankruptcy schedules required by 11 U.S.C. § 521(a)(1) within 45 days of the petition date in this case, it is hereby

**ORDERED**, that this case is dismissed pursuant to 11 U.S.C. § 521(i)(1).



**Dated: April 22, 2024**
**New York, New York**

                                                **/s/ Philip Bentley**
                                                _____
                                                **Hon. Philip Bentley**
                                                **U.S. Bankruptcy Judge**