# Notice Recipients

| District/Off: 0208−1 | User: admin | Date Created: 4/22/2024 |
|---|---|---|
| Case: 24−10104−pb | Form ID: pdf001 | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        AIS Portfolio Services LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr         Thomas C. Frost        info@FrostSDNY13.com
aty        Jeb Singer        jsinger@jsingerlawgroup.com
aty        Mark K. Broyles        broylesmk@rgcattys.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Joseph Yeboah        503 West 158th Street        Apartment 4A        New York, NY 10032
cr         PNC Bank, National Association        c/o Fein, Such & Crane, LLP.        28 East Main Street, Suite 1800        Rochester, NY 14614
8444403    AIS Portfolio Services LLC        attn: Ally Financial Dept        4515 N Santa Fe Ave        Oklahoma City, OK 73118
8442216    Atlas Acquisitions LLC        492C Cedar Lane, Ste 442        Teaneck, NJ 07666
8452857    Atlas Acquisitions LLC        492C Cedar Lane, Ste 442        Teaneck, NJ 07666
8434164    Credit One Bank        PO Box 98875        Las Vegas, NV 89193
8454730    J. Singer Law Group, PLLC        1 Liberty Plaza        New York, NY 10006
8453160    LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
8434165    Middle Smithfield Township c/o        National Credit System        PO Box 672288        Marietta, GA 30006
8435351    New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New York 12205−0300
8434166    PNC Bank, NA c/o        KML Law Group; Attn: Danielle DiLeva        701 Market Street, Ste 5000        Philadelphia, PA 19106−1532
8441729    PNC Bank, National Association        3232 Newmark Drive        Miamisburg, OH 45342
8440685    PNC Bank, National Association        c/o Fein, Such & Crane, LLP.        28 East Main Street, Suite 1800        Rochester, NY 14614
8434167    Progressive c/o        Credit Collection Service        725 Canton Street        Norwood, MA 02062
8434168    Sheriff of Monroe County        Sheriff's Office        610 Monroe Street, Suite 224        Stroudsburg, PA 18360

TOTAL: 15